UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARLON SUAZO SANTOS,<br><br>Defendant | Criminal No. 19cr10173<br><br>Violations:<br><br>Counts One and Two:<br>False Representation of Social Security Number<br>(42 U.S.C. § 408(a)(7)(B))<br><br>Count Three: Aggravated Identity Theft<br>(18 U.S.C. § 1028A(a)(1)) |

INDICTMENT

COUNT ONE
False Representation of Social Security Number
(42 U.S.C. § 408(a)(7)(B))

The Grand Jury charges:

On or about October 30, 2017, in Revere, in the District of Massachusetts, the defendant,

MARLON SUAZO SANTOS,

for the purpose of obtaining anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to him on a Renewal Application submitted to the Massachusetts Registry of Motor Vehicles, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to him.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

1

## COUNT TWO
### False Representation of Social Security Number
### (42 U.S.C. § 408(a)(7)(B))

The Grand Jury further charges:

On or about December 22, 2017, in Revere, in the District of Massachusetts, the defendant,

**MARLON SUAZO SANTOS,**

for the purpose of obtaining anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to him on an Application for a Massachusetts Driver's License submitted to the Massachusetts Registry of Motor Vehicles, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to him.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT THREE
Aggravated Identity Theft
(18 U.S.C. § 1028A(a)(1))

The Grand Jury further charges:

On or about December 22, 2017, in Revere, in the District of Massachusetts, the defendant,

MARLON SUAZO SANTOS,

did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), that is, False Representation of Social Security Number, in violation of Title 42, United States Code, Section 408(a)(7)(B), as charged in Count Two.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL

_____
FOREPERSON


_____
WILLIAM F. ABELY
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS


District of Massachusetts: MAY 23, 2019
Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

at 12:57 PM

5/23/19